UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ANITA M. GUST,<br><br>        Defendant. | NO. CR-10-6026-RHW-2<br><br>ORDER ACCEPTING<br>GUILTY PLEA |

The Court finds that Defendant's plea of guilty to Counts 2 and 3 of the Indictment is knowing, intelligent, and voluntary, and is not induced by fear, coercion, or ignorance. The Court finds that this plea is given with knowledge of the charged crimes, the essential elements of the charged crimes, the Government's evidence of the charged crimes, and the consequences thereof. The Court further finds that the facts admitted to by Defendant in open court constitute the essential elements of the crimes as charged.

**IT IS ORDERED** that the guilty plea is **ACCEPTED**, and **all pending motions are denied as moot.** The District Court Executive is directed to enter this order and to provide copies to counsel.

**DATED** this 10th day of November, 2010.

                       *s/Robert H. Whaley*
                    ROBERT H. WHALEY
                  United States District Judge

Q:\Myfiles\Mmf\ORDER\Gust.cop.ord.wpd